**Seyfarth**

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

www.seyfarth.com

May 26, 2026

**BY ECF**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:    ***Nannery v. Wolverine Worldwide, Inc., Case No. 1:26-cv-00470-MMG (S.D.N.Y.)***
**Letter Requesting Extension of Case Deadlines**

Dear Judge Garnett:

In accordance with Rule I(B)(5) of the Court's Individual Rules and Practices, I write on behalf of Defendant, Wolverine Worldwide, Inc. ("Wolverine") to respectfully request a fourteen (14) day extension of the deadline for Wolverine to answer, move, or otherwise respond to Plaintiff's First Amended Class Action Complaint ("Amended Complaint").

Wolverine was first named a defendant in this action in Plaintiff's Amended Complaint on March 31, 2026. *See* ECF 14. Wolverine was served with the Amended Complaint on April 6, 2026, rendering its responsive pleading due April 27, 2026. *See* ECF 17. On April 23, 2026, Wolverine by letter motion requested an extension of time to file its responsive pleadings and extension of the scheduled Initial Pre-trial Conference. *See* ECF 18. The Court granted Wolverine's request and Wolverine's current deadline for its responsive pleading is May 27, 2026.

Wolverine, with Plaintiff's consent, respectfully requests the responsive pleading deadline be extended an additional fourteen (14) days, as follows:

| Event | Current Deadline Pursuant to ECF No. 19 | Proposed New Deadline |
|---|---|---|
| Wolverine's Response to Plaintiff's Amended Complaint | May 27, 2026 | June 10, 2026 |

326082941v.1



Wolverine would benefit from additional time to further discuss with Plaintiff's counsel the allegations in the Amended Complaint. The parties are actively engaged in settlement discussions to determine whether there is opportunity for early resolution of this matter. Should the matter not resolve, this additional time would also support a more informed and productive Rule 26(f) conference and pretrial proceedings, and promote a more efficient case management going forward. Wolverine's additional request for extension would not impact the Pre-trial Conference currently scheduled for June 18, 2026.

We thank the Court for its attention to this matter, and are happy to answer any questions the Court may have.

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/Gershon Akerman*
    Gershon Akerman
    620 Eight Avenue
    New York, New York 10018
    (212) 218-5500

*Attorneys for Defendant Wolverine Worldwide, Inc.*


cc:    All counsel of record

326082941v.1