USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2026

**AW**

**RACHEL DAPEER, ESQ.**
Licensed to practice in
Florida, Illinois, New York & New Jersey

GRANTED.  The Initial Pretrial Conference scheduled for June 18, 2026 at 9:30 A.M. will take place remotely.  The public one-touch dial-in for the conference audio is +1 646-453-4442,,546909457#. Counsel of record will receive a direct Microsoft Teams link via email in advance of the conference.

SO ORDERED.  Dated June 10, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

June 8, 2026

**BY ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:    *Nannery v. Wolverine World Wide, Inc.*, **Case No. 1:26-cv-00470-MMG (S.D.N.Y)**
       **Letter Requesting Zoom Hearing**

Dear Judge Garnett:

    We represent Plaintiff Julia Nannery ("Plaintiff") and the putative class in the above-referenced matter. We write to respectfully request that the Court allow Plaintiff's Counsel to appear at the Initial Pretrial Conference set for June 18, 2026, via Zoom or telephonic equipment, for the reasons discussed below.

    The undersigned is lead counsel for the Plaintiff and will be in South Florida in June. None of Plaintiff's attorneys will be in New York. The undersigned respectfully requests permission for the undersigned to appear via telephone or Zoom to allow the undersigned to participate in the June 18, 2026, Initial Pretrial Conference from Florida.

    Plaintiff and Defendant are currently scheduled to file all submissions including a proposed Case Management Plan and Scheduling Order in advance of the Initial Pretrial Conference on June 12, 2026.

    Defendant takes no position on the relief sought through this letter.

                            Respectfully submitted,

                            */s/ Rachel Dapeer*
                            Rachel Dapeer, Esq.

                            *Counsel for Plaintiff and the Class*

cc:    All counsel of record

· 156 W 56th St #902, New York, New York 10019· **T:** 917.456.9603· **E:** rachel@dapeer.com ·