UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

JULIA NANNERY, individually and on
behalf of all others similarly situated,

              Plaintiff,

     -against-

WOLVERINE WORLDWIDE, INC.,

              Defendant.

------------------------------------------------------- X

Case No. 1:26-cv-00470 (MMG)

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

    **PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, Defendant Wolverine Worldwide, Inc. ("Defendant") will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Kristine R. Argentine, Esq., an attorney with the law firm of Seyfarth Shaw, resident in its Chicago office, and a member in good standing of the Bar of the State of Illinois, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant in the above-captioned action. There are no pending disciplinary proceedings against Kristine R. Argentine in any State or Federal Court.

Dated: June 16, 2026

SEYFARTH SHAW LLP

By: */s/ Kristine R. Argentine*
    Kristine R. Argentine
    233 S. Wacker Dr., #8000
    Chicago, IL 60606
    Telephone: (312) 460-5000
    Facsimile: (312) 460-7000
    kargentine@seyfarth.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026  I electronically filed the foregoing NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*; AFFIDAVIT OF KRISTINE R. ARGENTINE, ESQ.; and PROPOSED ORDER ADMITTING COUNSEL *PRO HAC VICE*, with the Clerk of the District Court using the Court's CM/ECF method, which sent notification of such filing to all counsel of record.

*/s/ Kristine R. Argentine*
Kristine R. Argentine