USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/22/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIA NANNERY, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

WOLVERINE WORLD WIDE, INC.,

Defendant.

---

26-CV-00470 (MMG)

**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

MARGARET M. GARNETT, United States District Judge:

The Court adopts the following Case Management Plan and Scheduling Order in the above-captioned action:

1. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c).

2. No additional parties may be joined after 30 days from the date of this Order without leave of the Court.

3. No amendments to the pleadings may be made after 30 days from the date of this Order without leave of the Court.

4. The initial phase of fact discovery shall cover the following topics related to Plaintiff's claims and class certification:

   a. Information directly relevant to Plaintiff's individual claim;

   b. The identity of potential class members and numerosity of the putative class;

   c. The relevant time period during which Defendant may have been responsible for the alleged violations;

   d. Any additional entity who may be a necessary party to be joined in this case; and

   e. Any other category of information relevant to class certification.

5. The initial phase of fact discovery shall be completed no later than **October 23, 2026**.

6. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be served by **July 2, 2026**.

7. A proposed protective order and agreement concerning ESI shall be filed by **July 20, 2026**.

8. Initial requests for production of documents pursuant to Fed. R. Civ. P. 34 shall be served by **July 20, 2026**.

9. Document productions shall be substantially complete by **August 17, 2026**.

10. Interrogatories pursuant to Fed. R. Civ. P. 33 and Rule 33.3(a) of the Local Civil Rules of the Southern District of New York shall be served by **July 20, 2026**.

11. Depositions pursuant to Fed. R. Civ. P. 30 and 31 shall be completed by the close of the initial phase of fact discovery, *i.e.*, **October 23, 2026**.

12. No later than 30 days prior to the close of the initial phase of fact discovery, the parties shall propose a briefing schedule on Plaintiff's anticipated motion for class certification.

13. The Court will set a schedule for any additional fact discovery and for any expert discovery after the motion for class certification is resolved.

Dated: June 22, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2