**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIA NANNERY, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>WOLVERINE WORLD WIDE, INC.,<br><br>   Defendant. | Case No. 1:26-cv-00470-MMG<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**

**WHEREAS**, Plaintiff Julia Nannery ("Plaintiff") commenced this action, and the currently operative complaint names Wolverine World Wide, Inc. ("Wolverine") as Defendant;

**WHEREAS**, Plaintiff seeks to file a Second Amended Complaint that, among other things, adds ALDO US Inc. ("ALDO") as a Defendant in this action;

**WHEREAS**, Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading with the opposing party's written consent or the Court's leave, and that the Court should freely give leave when justice so requires;

**WHEREAS**, Wolverine, through its undersigned counsel, consents to the filing of the Second Amended Complaint;

**WHEREAS**, a copy of the proposed Second Amended Complaint, in redline form reflecting the changes from the currently operative complaint, is attached hereto as **Exhibit A**, and a clean copy of the proposed Second Amended Complaint is attached hereto as **Exhibit B**;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Wolverine, through their respective undersigned counsel, and subject to the approval of the Court, as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Wolverine consents to Plaintiff's filing of the Second Amended Complaint in the form attached hereto as Exhibit A (redline) and Exhibit B (clean).

2. Plaintiff shall file the Second Amended Complaint within ten (10) days of the date the Court enters the accompanying Order.

3. By entering into this Stipulation, Wolverine does not waive, and expressly reserves, all rights, defenses, and objections it may have with respect to the Second Amended Complaint and the claims asserted therein, including the right to move against, answer, or otherwise respond to the Second Amended Complaint, except that Wolverine consents to the amendment itself.

4. This Stipulation does not constitute an admission by any party as to any fact or as to the merits of any claim or defense.

5. Nothing in this Stipulation shall be construed as an appearance by, or the consent of, ALDO US Inc., which is not yet a party to this action. ALDO retains all rights, defenses, and objections, including as to service of process and personal jurisdiction.

Dated: July 8, 2026

Respectfully submitted,

*/s/ Rachel Nicole Dapeer*
Rachel Nicole Dapeer, Esq.
**DAPEER LAW, P.A.**
New York Bar No. 4995130
156 W 56th St #902
New York, NY 10019
Telephone: (917) 456-9603
Email: rachel@dapeer.com


*Counsel for Plaintiff and the Class*

Respectfully submitted,

*/s/ Kristine Argentine*
Kristine Argentine, Esq.
**SEYFARTH SHAW LLP**
Admitted Pro Hac Vice
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5332
Email: KArgentine@seyfarth.com


*Counsel for Defendant*
*Wolverine World Wide, Inc.*