**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIA NANNERY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WOLVERINE WORLD WIDE, INC.,<br><br>        Defendant. | Case No. 1:26-cv-00470-MMG<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

~~[PROPOSED]~~ ORDER

Upon the foregoing Stipulation of Plaintiff and Defendant Wolverine World Wide, Inc., and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Stipulation is APPROVED.

2. Plaintiff is granted leave, pursuant to Federal Rule of Civil Procedure 15, to file the Second Amended Complaint in the form attached to the Stipulation.

3. Plaintiff shall file the Second Amended Complaint within ten (10) days of the date of this Order.

**SO ORDERED.**

Dated: _____, 2026
        New York, New York

SO ORDERED.  Dated July 9, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

                                                    HON. MARGARET M. GARNETT
                                                    UNITED STATES DISTRICT JUDGE